IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BROOKE CALLAHAN, )
)
Plaintiff, )
)
v. ) 1:26-CV-375
)
AVG PLATATION, LLC; )
URGENTVET VETERINARY )
SERVICES PC; and CAROLINA )
VETERINARY SERVICES PC, )
)
Defendants. )

## **ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. The Court adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the agreed motion to amend complaint and extend defendants' responsive deadline is **GRANTED,** and the plaintiff shall file an amended complaint within 14 days of this order. The defendants' deadline to respond to the amended complaint shall extend to the time permitted under the Federal Rules of Civil Procedure.

This the 12th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE